UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✘) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL (✘) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, March 26, 2008 @ 1:00 p.m.

CASE NUMBER: 3:CV-08-99

CAPTION:   Scott Fuel v. Winters

COUNSEL FOR PLAINTIFF:          Joseph A. O'Brien
                                Karoline Mehalchick

COUNSEL FOR DEFENDANT:          Joseph R. Fowler

CONFERENCE RESULTS:

♦   Defendant needs to depose owners as to the loss, even though partially compensated;

♦   Plaintiff has provided evidence of damages, except for loss income;

♦   Discovery to run until the end of June 2008;

♦   Defendant to file for a stay because of other cases pending and which may be filed. There is a $1M policy limit – no excess.